# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERROLLYN RAYE HUNT,<br>Petitioner,<br>v.<br>WARDEN,<br>Respondent. | Case No. 1:26-cv-00759-EPG-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 10) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 23, 2026, the Court stayed the federal habeas proceedings pending exhaustion of state remedies and ordered Petitioner to file a status report within ninety days of the date of service of the order and every ninety days thereafter. (ECF No. 9.) As Petitioner had not filed a status report after ninety days, the Court issued an order to show cause on July 27, 2026. (ECF No. 10.) That same day, Petitioner filed a response and attached a copy of a motion for extension of time filed in the superior court by Petitioner's counsel that requested the deadline to file a traverse be extended to October 16, 2026. (ECF No. 11.)

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued on July 27, 2026 (ECF No. 10) is DISCHARGED; and

///

2. Petitioner SHALL FILE a status report within ninety days of the date of service of this order and every ninety days thereafter, in accordance with the February 23, 2026 order.

IT IS SO ORDERED.

Dated: **July 28, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE